IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN P. ALANDER,

    Petitioner,           No. CIV S-02-1926 LKK JFM P

    vs.

JOE MCGRATH, WARDEN,

    Respondent.        <u>ORDER</u>

                                /

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's April 26, 2005 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

        A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

1

1  court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>,
2  290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

Petitioner has made a substantial showing of the denial of a constitutional right in the following issues presented in the instant petition: denial of his motion to continue the trial and by the trial court's denial of his right to proceed pro se in violation of <u>Faretta v. California</u>, 422 U.S. 806 (1975).[2]  Petitioner will be granted a certificate as to those two issues.

In addition, on May 16, 2005, petitioner filed a motion to proceed in forma pauperis on appeal.  Rule 24 of the Federal Rules of Appellate Procedure provides as follows:

> a party who was permitted to proceed in forma pauperis in the district court action. . . may proceed on appeal in forma pauperis without further authorization, unless . . . the district court . . . certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis . . . .

Fed. R. App. 24(a)(3).  Since the district court has not certified that petitioner's appeal is not taken in good faith and granted petitioner leave to proceed in forma pauperis on September 23, 2002, petitioner's motion for leave to proceed in forma pauperis on appeal is denied as unnecessary.

Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the present action.

DATED: June 6, 2005.

/s/Lawrence K. Karlton
UNITED STATES DISTRICT JUDGE

/alan1926.830

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause.  <u>Jennings</u>, at 1010.

[2] Petitioner also sought a certificate of appealability on the following issue: "Shackling petitioner throughout the entire trial was highly prejudicial and unconstitutional." (Application at 2.)  However, petitioner did not raise a shackling issue in the instant petition.  Thus, the court will not grant a certificate for the shackling issue.